**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **ARNELL WOODSON** | **NO. 26-24-03** |

**O R D E R**

**AND NOW**, this 14th day of August, 2026, upon consideration of Defendant Arnell Woodson's Motion in Limine to Exclude Evidence of Rap Lyrics and Music Videos (ECF No. 77) and Motion in Limine to Exclude Evidence of Alleged Gang Affiliation (ECF No. 78), as well as the Government's response thereto (ECF No. 88), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED** as follows:

1. The Motion in Limine to Exclude Evidence of Rap Lyrics and Music Videos (ECF No. 77) is **DENIED AS MOOT** as to Woodson's rap lyrics and his YouTube videos.[1] The Motion is **GRANTED** as to Defendant's September 26, 2025 Instagram video.[2]

2. The Motion in Limine to Exclude Evidence of Alleged Gang Affiliation (ECF No. 78) is **DENIED AS MOOT**.[3]

---

[1] The Government indicated in its response that it does not intend to introduce evidence of Woodson's rap lyrics about guns, shooting, and murders, or his YouTube videos featuring firearms. (ECF No. 88 at 9.) Therefore, to the extent Woodson's Motion in Limine contemplated introduction of the aforementioned evidence, it is denied as moot.

[2] The Government's response states that it intends to introduce a single video without sound posted to the Defendant's publicly available Instagram account on September 26, 2025, showing Woodson and another individual with two firearms "consistent with" those recovered from 1222 W. Airdrie Street on October 2, 2025, and a large amount of United States Currency. (ECF No. 88 at 9–10.) For the reasons described in the accompanying Memorandum, Defendant's Motion in Limine is granted and the Government shall be precluded from introducing the Instagram video at trial.

[3] The Court denies this Motion in Limine as moot based on the Government's representation in its response that it does not intend to introduce evidence of Woodson's possible gang affiliation. (ECF No. 88 at 9.)

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**